# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Career Counseling, Inc. d/b/a Snelling Staffing Services, a South Carolina corporation, individually and as the representative of a class of similarly situated persons,<br>*Plaintiff*<br>v.<br>Amerifactors Financial Group, LLC, Gulf Coast Bank and Trust Company and John Does 1–5<br>*Defendants* | Civil Action No.    3:16-03013-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant, Amerifactors Financial Group, LLC, and the Complaint is dismissed without prejudice pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having granted defendant's motion to dismiss.

Date:   September 26, 2017                                  *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*