# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| CAREER COUNSELING, INC. d/b/a ) <br> SNELLING STAFFING SERVICES, a ) <br> South Carolina corporation, individually ) <br> And as the representative of a class of ) <br> Similarly situated persons, ) <br> ) <br>            Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERIFACTORS FINANCIAL GROUP, ) <br> LLC and JOHN DOES 1-5 ) <br> _____) | CASE NO.: 3:16-cv-3013-JMC <br> **CLASS ACTION** |

## DEFENDANT AMERIFACTORS FINANCIAL GROUP, LLC'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant AmeriFactors Financial Group, LLC ("AmeriFactors"), hereby gives notice of the following supplemental authority in support of its Motion to Stay (Dkt. 76):

*SCOMA Chiropractic, P.A., et al. v. Dental Equities, LLC, et al.*, Case No. 2:16-cv-41-FtM-99MRM (M.D. Florida, June 1, 2018, ECF No. 152) (Order granting Motion to Stay of defendant Master Card International pending the Federal Communications Commission's ("FCC") resolution of the Petition for Expedited Declaratory Ruling of AmeriFactors Financial Group, LLC, CG Docket No.'s 02-278, 05-338, filed July 13, 2017. This is the same FCC Petition filed by AmeriFactors upon which its pending Motion to Stay in this case is also based) (attached as Exhibit 1).

**SIGNATURE ON FOLLOWING PAGE**

       Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ William H. Latham
    William H. Latham
    Federal Bar No. 5745
    E-Mail: bill.latham@nelsonmullins.com
    Erik T. Norton
    Federal Bar No. 09683
    E-Mail: erik.norton@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

RUMBERGER, KIRK & CALDWELL, P.A.

    Douglas B. Brown (*Pro Hac Vice*)
    Florida Bar No. 0242527
    dbrown@rumberger.com   (Primary)
    docketingorlando@rumberger.com and
    dbrownsecy@rumberger.com (Secondary)
    Post Office Box 1873
    Orlando, Florida  32802-1873
    Telephone:  (407) 872-7300
    Telecopier:  (407) 841-2133

Attorneys for Defendant AmeriFactors Financial Group, LLC

Columbia, South Carolina

June 1, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 1, 2018 on all counsel or parties of record.

/s/ William H. Latham
William H. Latham (FBN 5745)