## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, a South Carolina corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) | Civil Action No.: 3:16-cv-03013-JMC |
| Plaintiff, | ) ) | **CLASS ACTION** |
| v. | ) ) | |
| AMERIFACTORS FINANCIAL GROUP, LLC and JOHN DOES 1-5, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S NOTICE OF RULE 26(A)(2) EXPERT DISCLOSURE

Pursuant to this Court's Amended Conference and Scheduling Order dated June 23, 2020 (Doc. 128), Plaintiff certifies that a written report dated July 20, 2020 has been prepared and signed by Plaintiff's expert, Robert Biggerstaff, and served on Defendant's counsel, including all information required under Rule 26(a)(2)(B).

**Expert Name:**     **Robert Biggerstaff**
**Address:**        **P.O. Box 614**
             **Mt. Charleston, SC 29465**
**Telephone:**      **c/o Plaintiff's Counsel**

Respectfully submitted,

CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, individually and as the representative of a class of similarly-situated persons

By: s/John G. Felder, Jr.
John G. Felder, Jr.
McGOWAN HOOD FELDER
1517 Hampton St.
Columbia, SC 29201
Telephone: 803-779-0100
Fax: 803-256-0702

And

Ryan M. Kelly (*pro hac vice admitted*)
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501

## **CERTIFICATE OF SERVICE**

I certify that on July 22, 2020, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which I will send notification to all counsel of record.

s/ John G. Felder Jr.