# EXHIBIT 2

-EXHIBIT B-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sandusky Wellness Center, LLC,                    Case No. 3:13 CV 2085

                              Plaintiff,          O R D E R

              -vs-                                JUDGE JACK ZOUHARY

ASD Specialty Healthcare, Inc., et al.,

                              Defendants.


This Court held a Phone Status Conference on August 19, 2014. Counsel present: Ryan Kelly,

Wally Solberg, Matthew Stubbs, and Brian Wanca for Plaintiff; Jennifer Dawson and Martin Jaszczuk

for Defendants.

        This Court addressed a dispute about the production of unredacted facsimile numbers, and

ordered Defendants to produce the unredacted numbers to Plaintiff's counsel. The numbers are for

attorney eyes only within the context of this litigation and no contact may be made with the entities

or individuals associated with the numbers without prior Court approval. Defense counsel will work

with prior counsel to promptly produce outstanding discovery.

        IT IS SO ORDERED.

                                        ___s/ *Jack Zouhary*___
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

                                        August 19, 2014