# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, a South Carolina corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>AMERIFACTORS FINANCIAL GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.: 3:16-cv-03013-JMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**IT IS HEREBY ORDERED** that the date by which Plaintiff must serve its rebuttal report(s) is extended from January 15, 2021 to February 8, 2021;

**IT IS FURTHER ORDERED THAT** the close of fact discovery and the close of expert discovery is extended from January 15, 2021 and February 2, 2021, respectively, to February 26, 2021.

Dated: January 5, 2021                                                          s/J. Michelle Childs
                                                                                                United States District Judge