**EXHIBIT 2**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, a South Carolina corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No.: 3:16cv-03013-JMC ) ) |
| v. | ) ) |
| AMERIFACTORS FINANCIAL GROUP, LLC, | ) ) ) |
| Defendant. | ) ) |

## (REVISED PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING DISCLOSURE OF INFORMATION FROM THIRD-PARTY PHONE CARRIERS

Upon consideration of Plaintiff Career Counseling, Inc.'s Renewed Motion to Reconsider Denial of Authorization Order Under the Cable Communication Policy Act of 1984, 47 U.S.C. § 551, *et seq.*, and the Court being duly advised in the premises, this Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS ORDERED** that third party subpoena respondents in the above-captioned case are hereby authorized to disclose the requested information in said subpoenas, namely:

1. For each telephone number on the list for the date listed, identify whether or not you provided online fax service to the subscriber of that telephone number.

2. For each telephone number on the attached list for the date listed, provide the name and address of the subscriber.

**IT IS FURTHER ORDERED THAT** Plaintiff may serve a copy of this Order on third party phone carriers and any of their subsidiaries or affiliated entities that have been served with a subpoena requesting the information set forth above in Request Nos. 1 and 2, advising them of

this Order.

**IT IS FURTHER ORDERED THAT**,

(a) the phone carriers shall have thirty (30) calendar days after said notice to notify subscribers that their name and address are being sought by Plaintiff;

(b) each subscriber whose name and address are sought shall have twenty-one (21) calendar days from the date of such notice to file suit, submit, or otherwise assert any opposition to the requested disclosure; and

(c) payment to the phone carriers by Plaintiff of all reasonable costs of: (i) compiling the names and addresses of subscribers; (ii) providing pre-disclosure notifications to subscribers; and (iii) all other reasonable costs and fees incurred responding to discovery, the determination of which will be addressed by Plaintiff and the phone carrier.

Phone carriers may provide notice using any reasonable means, including but not limited to written notice sent to the subscriber's last know address, transmitted either by first class mail or via overnight service.

**IT IS FURTHER ORDERED THAT** any information disclosed to Plaintiff in response to the subpoena issued under Rule 45 of the Federal Rules of Civil Procedure may be used by Plaintiff solely for this matter and solely consistent with any orders entered by the Court in this matter.

**IT IS FURTHER ORDERED THAT** good faith attempts by the phone carriers to notify the subscriber(s) shall constitute compliance with this order.

_____
J. Michelle Childs
United States District Judge

February ___, 2021
Columbia, South Carolina

cc: Counsel of Record