**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| CAREER COUNSELING, INC. d/b/a SNELLING STAFFING SERVICES, a South Carolina corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | |
| ) | Civil Action No.: 3:16-cv-03013-JMC |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| AMERIFACTORS FINANCIAL GROUP, LLC, ) ) ) | |
| Defendant. ) | |

## ORDER GRANTING
## PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Upon review of Plaintiff's Motion To File Documents Under Seal (and supporting memorandum) (Docs. 196, 196-1); the Court finds good cause has been shown that the documents are confidential and should be filed under seal;

**IT IS HEREBY ORDERED** that the Court **GRANTS** Plaintiff's Motion to File Documents Under Seal. Plaintiff is granted leave to file the following documents under seal:

(1) "amerifactor.6.28.16.success.csv" (the native list of fax numbers successfully faxed the same fax as Plaintiff on June 28, 2016) (attached as Exhibit 3 to the first deposition of Chad Komniey).

(2) "Subset of Copy of MixedSICS(AmeriFactors).xlsx" (the native list of fax numbers identified in "amerifactor.6.28.16.success.csv" supplemented with the target list) (attached as Exhibit 7 to the first deposition of Chad Komniey and as Exhibit B to the Declaration of Ross M. Good ("Good II Declaration')

(3) "Copy of MixedSICS(AmeriFactors).xlsx," which is Exhibit 7, a native spreadsheet, attached to the Deposition of Chad Komniey ("Komniey Exhibit 7").

(4) The list of fax numbers that were successfully sent the fax at issue compiled by Plaintiff's expert Robert Biggerstaff ("Biggerstaff"), attached as Exhibit 1 to his

Report, and as Exhibit 4 to Biggerstaff's deposition.

(5)   "Career Counseling Subpoena Responses by fax number.xlsx" (the native list of fax numbers identified in "amerifactor.6.28.16.success.csv" supplemented with subpoena responses from phone carriers and the Local Number Portability Administrator ("LNPA") attached as Exhibit A to Good II Declaration.

Dated: March 17, 2021                          s/J. Michelle Childs
                                               J. Michelle Childs
                                               United States District Judge